### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>                Plaintiff,<br><br>v.<br><br>SHRIMP AND GRITS KIDS, LLC,<br><br>                Defendant. | Case No. 2:23-cv-00287-MPK |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Shrimp and Grits Kids, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: July 5, 2023                    Respectfully submitted,

                                                */s/ R. Bruce Carlson*
                                                R. Bruce Carlson
                                                **CARLSON BROWN**
                                                222 Broad St.
                                                PO Box 242
                                                Sewickley, PA 15143
                                                bcarlson@carlsonbrownlaw.com
                                                (724) 730-1753

                                                *Attorney for Plaintiff*