IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>                        Plaintiff,<br><br>v.<br><br>SHRIMP AND GRITS KIDS, LLC,<br><br>                        Defendant. | Case No. 2:23-cv-00287-MPK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Jahoda and Defendant Shrimp and Grits Kids, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;
2. Each party shall bear its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 2, 2023                                                      Respectfully submitted,

| | |
|---|---|
| */s/ R. Bruce Carlson*<br>R. Bruce Carlson<br>CARLSON BROWN<br>222 Broad St.<br>P.O. Box 242<br>Sewickley, PA 15143<br>(724) 730-1753<br>bcarlson@carlsonbrownlaw.com<br><br>*Attorney for Plaintiff* | */s/ Anthony J. Werner*<br>Anthony J. Werner, Esq.<br>William J. Labovitz, Esq.<br>ANDERSON & LABOVITZ, LLC<br>429 Fourth Ave., Ste. 602<br>Pittsburgh, PA 15219<br>Tel: (412) 209-3200<br>Fax: (412) 291-1001<br>awerner@PaLawFirm.com<br>wlabovitz@PaLawFirm.com<br><br>*Attorneys for Defendant* |