IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>  Plaintiff,<br><br>v.<br><br>SHRIMP AND GRITS KIDS, LLC,<br><br>  Defendant. | Case No. 2:23-cv-00287-MPK<br><br>Re: ECF No. 18 |

**ORDER APPROVING**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Robert Jahoda and Defendant Shrimp and Grits Kids, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 2, 2023

/s/ R. Bruce Carlson
R. Bruce Carlson
CARLSON BROWN
222 Broad St.
P.O. Box 242
Sewickley, PA 15143
(724) 730-1753
bcarlson@carlsonbrownlaw.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ Anthony J. Werner
Anthony J. Werner, Esq.
William J. Labovitz, Esq.
ANDERSON & LABOVITZ, LLC
429 Fourth Ave., Ste. 602
Pittsburgh, PA 15219
Tel: (412) 209-3200
Fax: (412) 291-1001
awerner@PaLawFirm.com
wlabovitz@PaLawFirm.com

*Attorneys for Defendant*

AND NOW, this __2nd__, day of __August__, 20__23__, IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE